UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESLEY ARMOND, ET AL. | CIVIL ACTION |
| VERSUS | NO: 06-2459 |
| MARATHON OIL CORPORATION, ET AL. | SECTION: "J" (5) |

**ORDER**

Before the Court is plaintiffs' Unopposed Motion to Continue Motion for Summary. The Motion for Summary Judgment is currently set for hearing on November 8, 2006. Plaintiffs' counsel has asked for roughly 90 days to conduct discovery before being required to respond to defendants' Motion for Summary Judgment. Defendants have agreed to postpone the hearing. Rather than leave the Motion for Summary Judgment pending for months, the Court will deny it without prejudice to re-urge the motion after an appropriate time for discovery. Defendants need not file a new motion and memorandum, but may simply re-notice the current motion for hearing after sufficient discovery has been conducted.

Accordingly,

**IT IS ORDERED** that defendants' Motion for Summary Judgment

(Doc. 9) is **DENIED WITHOUT PREJUDICE** to be re-urged at a later date.

New Orleans, Louisiana this the 31st day of October, 2006.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE